IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION - AKRON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROSALYN DARNELL JONES | ) | CASE NO. 04-55780 |
| fka ROSLYN DARNELL JOHNSON | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| Debtor | ) | |
| | ) | **OBJECTION TO DEBTOR'S MOTION** |
| | ) | **TO FIND MORTGAGE CURRENT** |

Now comes WACHOVIA BANK, N.A., its successors and assigns, as is currently serviced by HomEq Servicing, and hereinafter referred to as ("WACHOVIA/HOMEQ"), by and through its attorney and files the within designated Objection to the Debtor's Motion for an Order Deeming the Debtor to be Current in her Mortgage Payments, and requests a hearing with respect to same.

According to the Books and records of WACHOVIA/HOMEQ the Debtor is not current. WACHOVIA/HOMEQ is currently researching the balance claimed to be due.

WACHOVIA/HOMEQ requests that the Debtor's Motion to Find Mortgage Current be denied and requests a hearing with respect to same.

Respectfully submitted,

/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK & JEFFREY
Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
330-425-4201
Fax 330-425-2155
ebailey@reimerlaw.com
Attorney for WACHOVIA/HOMEQ

CERTIFICATE OF SERVICE

I certify that on May 11, 2010, copies of the foregoing Objection were electronically transmitted via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

1. Office of the U.S. Trustee
   * Served Electronically *

2. Keith Rucinski, Chapter 13 Trustee
   Served via: krucinski@ch13akron.com

3. Robert M. Whittington, Jr., Esq., Attorney for Debtor
   Served via: elkwhitt@neo.rr.com


I hereby certify that the following were served by mailing the same by ordinary U.S. mail, postage prepaid, to the persons listed below:

4. Rosalyn Darnell Jones, fka Rosalyn Darnell Johnson, Debtor
   1029 Bloomfield Avenue
   Akron, Ohio 44302

5. Summit County Treasurer
   Summit County Treasurer's Office
   Ohio Building - 175 S. Main Street, Suite 320
   Akron, Ohio 44308


/s/ Edward A. Bailey
REIMER, ARNOVITZ, CHERNEK & JEFFREY
Edward A. Bailey #0068073
P.O. Box 968
Twinsburg, Ohio 44087
330-425-4201
Fax 330-425-2155
ebailey@reimerlaw.com
Attorney for WACHOVIA/HOMEQ